# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PEAKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>18THIRTY ENTERTAINMENT, LLC,<br><br>　　　　Defendant. | Case No.  1:21-cv-01320-NONE-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 6) |

   On November 18, 2021, the parties filed a stipulated request to extend the time for Defendants to file a responsive pleading.  (ECF No. 6.)  The parties seek to extend the deadline for twenty-eight days to December 17, 2021, to facilitate settlement discussions between the parties.  The Court finds good cause exists to approve the stipulated request.  The Court shall also continue the scheduling conference set for December 7, 2021, to January 10, 2022.

   Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

   1. Defendant shall file a pleading responsive to the complaint on or before **December 17, 2021**;

   2. The scheduling conference set for December 7, 2021, is CONTINUED to **January 10, 2022, at 2:00 p.m.** in Courtroom 9; and

1

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 19, 2021**

UNITED STATES MAGISTRATE JUDGE